UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-20106-CIV-WILLIAMS

GERALDINE JARAMILLO,

    Plaintiff,

v.

MAOZ, INC. *et al*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") on Defendants Maoz, Inc. and Maoz Druskin's motion for partial summary judgment. (DE 58). In the Report, Judge Torres recommends Defendants' motion be granted. No objections to the report were filed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Torres' Report (DE 58) is **AFFIRMED AND ADOPTED**.

2. Defendants Maoz, Inc. and Maoz Druskin's motion for partial summary judgment (DE 47) is **GRANTED**. Summary judgment on the issue of FLSA individual coverage as to Counts I and II is granted and summary judgment as to Count IV for the year 2017 is granted.

**DONE AND ORDERED** in chambers in Miami, Florida this 3rd day of March, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE